Minnie Adlin, as Administratrix, etc., of Elimelech Adlin, Deceased, Appellant, v. The Excelsior Brick Company of Haverstraw and Others, Respondents.— Appeal dismissed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles M. Aikman, Respondent, v. Wahnetah Silk Company, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred.

William Bagley, Appellant, v. George McLeish, Respondent.— Judgment of the Municipal Court reversed and a new trial ordered, costs to abide the event, as upon the conceded facts the plaintiff was entitled to some recovery for use and occupation over the amount of the counterclaim proved by the defendant. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John L. Belding, Respondent, v. Maria A. Belding, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Bruen Bischoff, Respondent, v. Tosaku Sato, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Jacob M. Black, Respondent, v. Herman Galitzka, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Louis Black, Respondent, v. Louis N. Feldman, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.